1 | GOLDSMITH & HULL/Our File #:518416
2 | A Professional Corporation
William I. GOLDSMITH  (SBN 82183)
3 | 16933 PARTHENIA STREET
NORTHRIDGE, CALIFORNIA 91343
4 | Tele: (818) 990-6600  Fax : (818) 990-6140
5 | **govdept1@goldsmithcalaw.com**

6 | ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | **COURT NO.** CV08-01659 AHS |
| Plaintiff, ) | |
| ) | **SATISFACTION OF JUDGMENT** |
| VS. ) | |
| JOSEPH M. ALVAREZ AKA ) MICHAEL ALVAREZ ) | |
| Defendant. ) | |

TO THE ABOVE-ENTITLED COURT:

Satisfaction is hereby acknowledged of said judgment, entered on May 10, 1991, in favor of the United States of America, and against JOSEPH M. ALVAREZ AKA MICHAEL ALVAREZ and the Clerk is hereby authorized and directed to enter a Full Satisfaction of record in the said action.

DATED: November 16, 2017                                                GOLDSMITH & HULL, P.C.

                                                                                            /S/
                                                                                William I.Goldsmith
                                                                                ATTORNEY FOR PLAINTIFF

CERTIFICATE OF MAILING

I Sonia Molina, declare:

That I am employed in the LOS ANGELES COUNTY, CA; that my business address is 16933 PARTHENIA STREET, NORTHRIDGE, CALIFORNIA 91343; that I am over the age of 18 years, and am not a party to the above-entitled action;

That I am employed by GOLDSMITH & HULL, P.C. who is/are a member of the Bar of the United States District Court for the Central District of California, at whose direction the service of mail described in this Certificate was made; that I deposited in the United States mail, in the above entitled action, in an envelope bearing the requisite postage, a copy of SATISFACTION OF JUDGMENT, addressed to:

JOSEPH M. ALVAREZ, et al.
**** *** ********
Los Angeles CA *****

at his/her last known address, at which place there is a delivery service by the United States Mail.

This Certificate is executed on   November 16, 2017   at NORTHRIDGE, CALIFORNIA.

I certify under penalty of perjury that the foregoing is true and correct.

/S/
Sonia Molina